UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

**-vs-** Case No. 09-21-0

**WILLIAM PRYOR**

_____

# FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary examination, I find that there is probable cause to believe that the offenses charged in Title 21 U.S.C. § 846 have been committed and that the defendant committed them. It is therefore,

**ORDERED** that **WILLIAM PRYOR** is held to answer in the Northern District of Mississippi where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis, Tennessee on __27th_____ day of March, 2009.

_____s/Diane K. Vescovo_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant
William

 Pryor